UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA COCHRAN,

    Plaintiff,                              No. 13-11756

v.                                        District Judge Lawrence P. Zatkoff
                                             Magistrate Judge R. Steven Whalen

SHELBY TOWNSHIP, ET AL.,

    Defendants.
_____/

**ORDER**

Defendants' Motion to Compel Authorizations and to Extend Discovery and Dispositive Motion Deadlines [Doc. #24] is GRANTED.[1]

The scheduling order is modified as follows:

DISCOVERY CUT-OFF:          APRIL 14, 2014

DISPOSITIVE MOTION CUT-OFF:    MAY 14, 2014

IT IS SO ORDERED.


Dated February 28, 2014        s/ R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing Order was sent to parties of record on February 28, 2014, electronically and/or by U.S. mail.

                                             s/Michael Williams
                                             Case Manager for the
                                             Honorable R. Steven Whalen

---

[1] The request to compel authorizations has been withdrawn, and that portion of the motion is therefore moot.